IT IS SO ORDERED:

_Neal G. McCurn_
Neal P. McCurn
Senior United States District Judge
Dated: <u>October 28, 2010</u>
Syracuse, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MATTHEW BUSH

                Plaintiffs

  -v-

MEL S. HARRIS AND ASSOCIATES LLC
and KERRY H. LUTZ

              Defendants

STIPULATION
DISCONTINUING ACTION
CASE NO: 5:10-CV-507
        (NPM/ATB)

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued *with prejudice*, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 9/13/10

                            ANDREW T. VELONIS, ESQ.

                            Attorneys for Plaintiff
                            109 S. Warren St., Suite 410
                            Syracuse, New York 13202

                            (315) 579-3108

DAVIDSON FINK LLP

BY: _Glenn M. Fjermedal_
     GLENN M. FJERMEDAL  ESQ.
Attorneys for Defendants
28 East Main Street, Suite 1700
Rochester NY 14614

(585) 756-5950